(July 20, 1995)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. D.J. ROSENBAUM, on Behalf of MARK EDWARDS, Petitioner, v ALLYN R. SIELAFF, Respondent. [630 NYS2d 240] —Writ of habeas corpus in the nature of an application to reinstate bail upon Queens County Indictment No. N10656/95.

Adjudged that the writ is sustained, without costs or

disbursements, to the extent of reinstating bail on Queens County Indictment No. N10656/95 in the sum of $1,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Sullivan, J. P., Thompson, Santucci and Goldstein, JJ., concur.